UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| WILLIAM PAUL COX,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. CV-19-83-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>  X  </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 88), Judgment is entered in favor of the United States.

    Dated this 25th day of February 2021.

                            TYLER P. GILMAN, CLERK

                            By: <u>/s/ Heidi Gauthier</u>
                            Heidi Gauthier, Deputy Clerk